UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CURTIS HAWTHORNE** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 20-3017** |
| **DARREL VANNOY, WARDEN** | * | **SECTION "L"** |

## ORDER

Before the Court is Curtis Hawthorne's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254. The petition was referred to Magistrate Judge Donna P. Currault, who issued a Report and Recommendations on October 19, 2023. This Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and petitioner's Response and Answer to the Magistrate Judge's Recommendation, hereby denies petitioner's objections and approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion.

In his response and answer to the Magistrate's Report and Recommendation, petitioner submits to the Court the same arguments presented in the original petition. He contends that (1) there was insufficient evidence to support his verdicts; (2) the trial court erred in admitting evidence of a statement he made before he was apprehended by law enforcement officials; (3) the trial court erred in admitting evidence of a handgun; (4) he was denied a right to fair and impartial trial when the victim was permitting to remain the courtroom during the State's case-in-chief; (5) the prosecutor committed misconduct during opening and closing arguments; (6) he was convicted by a non-unanimous verdict; and (7) there were multiple instances of ineffective assistance of trial counsel.  Regarding

petitioner's contentions and objections, the Court finds that petitioner raises no new legal or factual issues not considered by the Magistrate's Report and Recommendation. The Court also finds that the Report and Recommendation properly analyzes the appropriate statutes and caselaw to conclude that petitioner is not entitled to habeas corpus relief. Therefore,

**IT IS ORDERED** that petitioner's objections are **DENIED** and that petitioner's application for habeas corpus relief pursuant to Title 28, United States Code, Section 2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 27th day of November, 2023.

_____
United States District Judge